# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kenwood Bright, | C/A No. 5:13-cv-00003-DCN-KDW |
| Plaintiff, | |
| v. | Report and Recommendation |
| Lieutenant James William; Lieutenant Lasley; Captain Rhonda Abston; Lieutenant Robinson; Lieutenant Root; Sergeant Lawless; Sergeant Raglame; and Sergeant Eich, | |
| Defendants. | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On July 15, 2013, Defendants filed a Motion for Summary Judgment. ECF No. 33. As Plaintiff is proceeding pro se, the court entered an order on July 16, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a summary judgment motion and of the need for him to file an adequate response. ECF No. 34. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

On July 26, 2013, Plaintiff was granted an extension of time to respond to Defendants' summary judgment motion, and Plaintiff's response was due by September 18, 2013. ECF No. 37. On September 20, 2013, Plaintiff was granted an additional extension of time to respond to Defendants' summary judgment motion. ECF No. 48. Plaintiff was

informed that his response was due by October 21, 2013, and was further advised that he would not be given any further extensions. *Id.* Plaintiff has failed to file a response to Defendants' summary judgment motion, and as such, it appears to the court that Plaintiff does not oppose Defendants' motion and wishes to abandon his action. Based on the foregoing, the undersigned recommends that this action against Defendants be dismissed with prejudice for failure to prosecute, thereby ending this matter. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

October 30, 2013  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge